UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-197 |
| KHALID AHMED SATARY | SECTION D (4) |

### ORDER

The Defendant's Motion to Amend Bond Conditions having been read and considered by the Court and further following a conference with the Probation Office which does not oppose this Motion:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as indicated herein and Defendant's bond conditions are amended as follows:

- Defendant may travel throughout the lower 48 states so long as he notifies his probation officer prior to his travel, including dates of travel.

- The custodian requirement is amended to make clear that Defendant's custodian, Jordan Satary, need not live in the same household as Defendant.

- Jordan Satary remains Defendant's third-party custodian to ensure the presence of Defendant at any and all court proceedings.

- Defendant must verify with the Probation Office compliance with the pretrial conditions of not being employed in the healthcare or medical field and verify his current employment.

- Defendant must report to the Probation Office any contact with law enforcement personnel, including arrests, questioning, or traffic stops.

New Orleans, Louisiana, October 1, 2021.

                                                                                         */s/ Wendy B. Vitter*
                                                     **WENDY B. VITTER**
                                                     **UNITED STATES DISTRICT JUDGE**