UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>KHALID AHMED SATARY, )<br>)<br>Defendant. ) | Criminal No. 2:19-CR-00197<br><br>Section "D"<br>Judge Wendy B. Vitter<br><br>Magistrate (4)<br>Magistrate Judge Roby |

### UNITED STATES' PROPOSED RULE 901 AND 902 CERTIFICATIONS AND STIPULATIONS

The United States of America, by and through undersigned counsel, submits the following proposed Federal Rule of Evidence 901 and 902 certifications, as well as proposed stipulations, relating to its evidence.[1]

Pursuant to the Second Amended Scheduled Order (Doc. No. 314),[2] "[t]o facilitate judicial economy through a speedy trial and to elimintate unnecessary and time-consuming testimony, where authenticity and technical predicates are not at issue, the United States will submit proposed Rule 901 certifications as well as proposed stipulations relating to the authenticity of its evidence no later than November 28, 2022." *Id.* at 2. These certifications "will encompass the authenticity and reliability of e-mails, text messages, recordings, and business/public records." *Id.*

---

[1] On November 28, 2022, the Court granted Defendant's motion to continue the trial date (Doc. No. 334). A telephone conference is scheduled for December 1, 2022, to select a new trial date. The government respectfully reserves the right to supplement or amend these proposed certifications and stipulations in light of the pending continuance of the trial date.

[2] The Court issued a Third Amended Scheduling order modifying the dates by which the parties must submit motions *in limine* addressing objections to exhibits but did not modify other pre-trial deadlines (Doc. No. 326).

Additionally, "[s]tipulations may be related to any matter." Defendant is required to "review the proposed certifications and stipulations and propose any changes with agreement on the final certifications and stipulations to be completed and filed no later than December 12, 2022." *Id.*

I. **PROPOSED RULE 901 CERTIFICATIONS**

The government submits that the following categories of evidence would be introduced through testimony of a witness with knowledge that the item is what it is claimed to be. *See* FED. R. EVID. 901(b). In order to avoid unnecessary and time-consuming testimony, the government proposes that the parties stipulate that the following categories of evidence are authentic and meet the requirements of Rule 901[3]:

- Banking records for the Defendant and persons associated with him;

- Medicare enrollment applications for labs alleged to be owned and/or controlled by Defendant and these labs' associated Medicare Part B and Part C claims data;

- Certified corporate records for labs and other companies alleged to be owned and/or controlled by Defendant;

- Certified corporate records for companies owned and/or controlled by Defendant's alleged co-conspirators;

- Emails and other documents obtained from search warrants executed on accounts belonging to Defendant, Mark Allen, Joseph Ricciardi, Angelo/Giovanni Ricciardi, Richard Garipoli, Brett Hirsch, Dean Baker, Michael Molz, James Simmons,

---

[3] The government has produced certifications pursuant to Federal Rule of Evidence 902 for several categories of evidence listed below, such as banking records, Medicare records, and certified corporate records. As such, those categories of evidence are self-authenticating under Rule 902. In addition, those records are not hearsay pursuant to Rule 803. The government identifies these categories of evidence as also satisfying Rule 901, in the event that Defendant disputes any of the government's Rule 902 certifications.

2

Sargon Audisho, and companies owned, controlled, or used by the aforesaid individuals to carry out the crimes alleged in the indictment;

- Emails and other documents obtained from search warrants executed on accounts belonging to employees of Joseph Ricciardi;

- Emails and documents provided by government witnesses and cooperators, including, but not limited to, Mark Allen, Rhett Bunce, Richard Epstein, Joseph Ricciardi, Dean Baker, Michael Molz, Clifford Powell, Christian Arendt, Keith Youngswick, and Brett Hirsch;

- Text messages and other materials obtained from phones belonging to Richard Epstein, Joseph Ricciardi, and Brett Hirsch;

- Recordings made by Rhett Bunce, Brett Hirsch, Ashley Cowan, Angelo/Giovanni Ricciardi, Chris Miano, and Dean Austin;

- Documents and records, such as requisition forms, genetic testing results, emails, and other materials obtained from search warrants executed on labs and other companies alleged to be owned and/or controlled by the Defendant

- Documents and materials obtained from a search warrant executed on Interactive Technologies, which housed a Lab Information Management System for the Defendant and his labs and maintained requisition forms, genetic testing results, and other documents related to the labs and companies alleged to be owned and/or controlled by Defendant; and

- Emails and documents obtained from a search warrant executed on accounts belonging to prospective government witness James Simmons and his company MedSymphony.

**II.      PROPOSED RULE 902 CERTIFICATIONS AND OTHER STIPULATIONS**

In addition to the above, the government proposes stipulations that certain documents are both authentic and admissible at trial (subsection A below), as well as factual stipulations regarding the evidence at trial (subsection B below).

**A.      Proposed Stipulations Regarding Admissibility of Business Records**

The Unites States submits that the documents underlying the business record certifications identified in the table below should be admitted at trial as business records pursuant to Federal Rules of Evidence 803(6) and 902(11). Under Rule 803(6), certain records are "not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness," including records of a regularly conducted activity. A document qualifies as a business record if it was (A) "made at or near the time by – or from information transmitted by – someone with knowledge; (B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation…, [and] (C) making the record was a regular practice of that activity." *Id.* Rule 803(6) further provides that elements (A)-(C) may be satisfied by testimony of a records custodian "or another qualified witness," or "by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification," and provided that "the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness." *Id.* If a certification is used, Rule 902 requires that the proponent of the certificate provide "written notice of the intent to offer the record" ensuring the other party has a "fair opportunity to challenge them." Fed. R. Evid. 902(11). Pursuant to Rules 803(6) and 902 of the Federal Rules of Evidence, the government hereby provides notice to Defendant that the documents underlying the business record certifications records identified below are admissible at trial without the need to call a custodian witness from these businesses.

| Bates Range | Certificate of Authenticity |
|---|---|
| Satary-0000081578 | ADP, LLC |
| Satary-0000081579 | Aetna |
| Satary-0000081703-Satary-0000081704 | Ameris Bank |
| Satary-0000081713-Satary-0000081727 | AT&T |
| Satary-0000081728 | Bancorp Bank |
| Satary-0000105926-Satary-0000105942 | Bank of America |
| Satary-0000105943 | Bank of Hawaii |
| Satary-0000106070 | Bank of New York Mellon |
| Satary-0000106999 | Bank OZK |
| Satary-0000107549 | Bank United |
| Satary-0000137438-Satary-0000137439, Satary-0000137495-Satary-0000137496, Satary-0000137526, Satary-0000137576, Satary-0000137580, Satary-0000137581-Satary-0000137584, Satary-0000137589-Satary-0000137590, Satary-0000137604, Satary-0000137605, Satary-0000137613 | BB&T |
| Satary-0000137610 | BBVA |

| Bates Range | Certificate of Authenticity |
|---|---|
| Satary-0000137466 | Boca Raton Resort and Beach Club |
| Satary-0000137452 | Box, Inc |
| Satary-0000137533 | Capital Bank & Trust Company |
| Satary-0000137449-Satary-0000137450 | Charter Communications |
| Satary-0000137527 | Charter Records |
| Satary-0000137410, Satary-0000137422, Satary-0000137424, Satary-0000137459, Satary-0000137462, Satary-0000137465, Satary-0000137476, Satary-0000137477, Satary-0000137483, Satary-0000137507, Satary-0000137512, Satary-0000137518, Satary-0000137519, Satary-0000137591, Satary-0000137596, Satary-0000137599, Satary-0000137615, Satary-0000137644 | Chase |
| Satary-0000137503 | Citibank |
| Satary-0000137401 | Clio Labs |
| Satary-0000137538 | Coastal States Bank |
| Satary-0000137588 | Comcast |

| Bates Range | Certificate of Authenticity |
|---|---|
| Satary-0000137577 | CresCom (Greer State Bank) |
| Satary-0000137472 | Cyprus Federal Credit Union |
| Satary-0000111221 | Domains by Proxy, LLC |
| Satary-0000137481, Satary-0000137513, Satary-0000137523 | Early Warning Services |
| Satary-0000137486, Satary-0000137601 | Embassy National Bank |
| Satary-0000137400, Satary-0000137436 | FedEx |
| Satary-0000137638-Satary-0000137639 | Fidelity National |
| Satary-0000137539 | First Midwest Bank |
| Satary-0000137464, Satary-0000137499, Satary-0000137624 | Frost Bank |
| Satary-0000137471 | GoDaddy.com, LLC |
| Satary-0000137485, Satary-0000137525, Satary-0000137600 | Grandsouth Bank |
| Satary-0000137492 | Gulf Stream Title |
| Satary-0000137540 | Gwinnett Community Bank |
| Satary-0000137517, Satary-0000137573, Satary-0000137617 | Hancock Whitney Bank |
| Satary-0000130679-Satary-0000130680 | Humana |

| Bates Range | Certificate of Authenticity |
|---|---|
| Satary-0000137564 | Lincoln National Life Insurance |
| Satary-0000137407-Satary-0000137408 | Lotus Health |
| Satary-0000137493 | Marc Sussman, CPA |
| Satary-0000137497 | Marion State Bank |
| Satary-0000137541-Satary-0000137542 | Marlin Business Bank |
| Satary-0000137404 | MedSympony |
| Satary-0000137543 | Midatlantic Capital Group |
| Satary-0000137574 | Nationwide Trust |
| Satary-0000137505-Satary-0000137506 | Navy Federal Credit Union |
| Satary-0000137548 | Nordstrom |
| Satary-0000137516 | Oasis, a Paychex Company |
| Satary-0000137402-Satary-0000137403 | Path-Tec |
| Satary-0000137640 | Peoples Bank & Trust |
| Satary-0000137427, Satary-0000137498, Satary-0000137603, | PNC |

| Bates Range | Certificate of Authenticity |
|---|---|
| Satary-0000137632-Satary-0000137637 | |
| Satary-0000130674 | Qlarant Integrity Solutions |
| Satary-0000137544, Satary-0000137619 | Quantum National Bank |
| Satary-0000137608, Satary-0000137609 | RCB Bank |
| Satary-0000137425-Satary-0000137426, Satary-0000137545, Satary-0000137594, Satary-0000137641 | Regions Bank |
| Satary-0000042790- Satary-0000042791, Satary-0000130675-Satary-00001306777 | SafeGuard Services |
| Satary-0000137546 | SIlicon Valley Bank |
| Satary-0000137547 | SouthCrest Bank |
| Satary-0000137469 | Sprint |
| Satary-0000137430, Satary-0000137491, Satary-0000137508, Satary-0000137602, Satary-0000137614, Satary-0000137626 | Suntrust |
| Satary-0000133417 | Synovus |
| Satary-0000137468, Satary-0000137494 | T Mobile |
| Satary-0000137418, Satary-0000137530 | TD Bank |

| Bates Range | Certificate of Authenticity |
|---|---|
| Satary-0000137565 | The Piedmont Bank |
| Satary-0000137618 | TracFone Wireless |
| Satary-0000137509 | Trustco Bank |
| Satary-0000137566-Satary-0000137571 | United Community Bank |
| Satary-0000137437 | UPS |
| Satary-0000132006, Satary-0000137572, Satary-0000137625 | Veritex Bank |
| Satary-0000137461, Satary-0000137473, Satary-0000137585 | Verizon |
| Satary-0000130681-Satary-0000130682 | Wellcare Health Plans |
| Satary-0000137405-Satary-0000137406, Satary-0000137411, Satary-0000137412-Satary-0000137417, Satary-0000137440-Satary-0000137447, Satary-0000137453-Satary-0000137455, Satary-0000137456-Satary-0000137457, Satary-0000137458, Satary-0000137478-Satary-0000137480, Satary-0000137484, Satary-0000137488-Satary-0000137490, Satary-0000137500-Satary-0000137502, Satary-0000137514-Satary-0000137515, Satary-0000137520-Satary-0000137522, Satary-0000137524-Satary-0000137524, Satary-0000137575, Satary-0000137592-Satary-0000137593, Satary-0000137595, Satary-0000137597-Satary-0000137598, Satary-0000137622-Satary-0000137623, Satary-0000137629-Satary-0000137630, | Wells Fargo |

| Bates Range | Certificate of Authenticity |
|---|---|
| Satary-0000137642-Satary-0000137643 | |
| Satary-0000137409 | Western Union |

B. **Proposed Factual Stipulations**

The government proposes the following factual stipulations:

1. Medicare was a Federal health care benefit program under 18 U.S.C. § 24(b), and a Federal health care program under 42 U.S.C. § 1320a-7b(f).

2. The Medicare Program affected interstate commerce.

3. Venue for this trial is appropriate in the Eastern District of Louisiana.

Dated: November 28, 2022         Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

GLENN S. LEON
CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: /s/ *Justin M. Woodard*
JUSTIN M. WOODARD (LBN #37924)
Assistant Chief
ALEXANDER THOR POGOZELSKI
MICHAEL CULHANE HARPER
Trial Attorneys
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20530
Tel: (202) 262-7868
E-Mail: Justin.Woodard@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Justin M. Woodard, hereby certify that on November 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Justin M. Woodard*
Justin M. Woodard
