UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-197** |
| **KHALID AHMED SATARY** | **SECTION: D (4)** |

## ORDER

Before the Court are Defendant Khalid Satary's Motion to Suppress (R Doc. 199), Motion to Dismiss the Indictment (R. Doc. 244), Motion to Strike Surplusage (R. Doc. 245), and Motion to Suppress Search Warrants (R. Doc. 246). Also before the Court are the Third Party Labs' Motion for the Return of Property (R. Doc. 201) and the Government's Motion for Determination that Crime-Fraud Doctrine Defeats Certain Claims of Privilege (R. Doc. 224) and Motion to Exclude or Limit Defendant's Proposed Expert Testimony (R. Doc. 297).

Defendant has failed to appear in this matter and a warrant has been issued for his arrest.[1] During the December 12, 2022 Show Cause Hearing, the Court declared that the Defendant was a fugitive from justice.[2] As of the date of this Order, the Defendant remains a fugitive.

Accordingly,

---

[1] *See* R. Doc. 344.
[2] *See id.*

**IT IS HEREBY ORDERED** that the following motions, R. Doc. 199, R. Doc. 201, R. Doc. 224, R. Doc. 244, R. Doc. 245, R. Doc. 246, and R. Doc. 297 are **DENIED without prejudice**[3] to be re-urged, if appropriate, upon the Defendant's arrest.  New Orleans, Louisiana, December 20, 2022.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[3] *See, e.g.*, *United States v. Oliveri*, 190 F. Supp. 2d 933, 936 (S.D. Tex. 2001) (denying a fugitive's pretrial motions without prejudice and explaining that "reaching the merits of a fugitive's pretrial motion may encourage others in the same position to take flight from justice.")